UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERRY DEMOND GIBSON,<br><br>Defendant. | Case No.: 2:16-cr- 213<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JERRY DEMOND GIBSON (ID# 2584517) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JERRY DEMOND GIBSON** before the United States District Court at Las Vegas, Nevada, on or about Wednesday, July 20, 2016, Courtroom 3C, CWH, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: July 13, 2016

_____
UNITED STATES MAGISTRATE JUDGE

DANIELL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     vs.                      )<br>                              )<br> JERRY DEMOND GIBSON,         )<br>                              )<br>          Defendant.          )<br>_____) | Case No.: 2:16-cr 2/3<br><br>PETITION FOR WRIT OF HABEAS<br>CORPUS AD PROSEQUENDUM FOR<br>JERRY DEMOND GIBSON<br>(ID#) 2584517 |

The petition of the United States Attorney for the District of Nevada respectfully shows that **JERRY DEMOND GIBSON**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **JERRY DEMOND GIBSON** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **JERRY DEMOND GIBSON** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on Wednesday, July 20, 2016, Courtroom 3C, CWH_____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **JERRY DEMOND GIBSON** before the United States District Court on or about Wednesday, July 20, 2016, Courtroom 3C, CWH_____, at the hour of 3:00 p.m., for

arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **JERRY DEMOND GIBSON** before the United States District Court on or about _Wednesday, July 20, 2016 Courtroom 3C, CWH_____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 13th day of July, 2016.

Respectfully submitted,

DANIELL G. BOGDEN
United States Attorney

/s/ _____
PHILLIP N. SMITH, JR.
Assistant United States Attorney