RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Jerry Demond Gibson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00213-JCM-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| JERRY DEMOND GIBSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin J. Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Jerry Demond Gibson, that the Revocation Hearing currently scheduled on December 4, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The government has proposed a resolution of this case that Mr. Gibson requires additional time to consider.

2. Mr. Gibson is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1   This is the second request for a continuance of the revocation hearing.

2   DATED this 26th day of November, 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Justin J. Washburne<br>JUSTIN J. WASHBURNE<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY DEMOND GIBSON,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00213-JCM-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 4, 2024 at 10:00 a.m., be vacated and continued to January 6, 2025 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

　　　DATED November 26, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3